GENERAL ELECTRIC COMPANY, Respondent, *v.* NASSAU ELECTRIC RAILROAD COMPANY et al., Appellants.

*Genl. Electric Co.* v. *Nassau El. R. R. Co.*, 36 App. Div. 510, affirmed.
(Submitted January 22, 1900; decided February 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

February 4, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Clarence J. Shearn* for appellants.

*Paul D. Cravath* and *John W. Houston* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting, CULLEN, J.